UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mary Aku Quartey, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-02221 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 12/21/2015 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| Gregory O' Dell *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a temporary resident of the District of Columbia. She has brought a lawsuit against two individuals in the District of Columbia. The only discerning allegation is that one of the defendants, Security Officer Henderson, refused to allow plaintiff to enter the Walter Washington Convention Center. The complaint does not present a federal question. Moreover, the complaint does not come within the Court's diversity jurisdiction because the parties are not

1

of diverse citizenship, and the plaintiff has pled no amount in controversy.  Hence, this case will be dismissed.

DATE: December /8, 2015

/s/ Rosemary M. Collyer
United States District Judge